**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **Reyhaneh Mohammadi et al.,**<br>Plaintiff,<br>**v.**<br><br>**United States Citizenship and Immigration Services,**<br>Defendant | ) | **1:26-cv-13435-MJJ** |

**ORDER OF DISMISSAL**

October 20, 2026

**Joun, D.J.**

In accordance with the Court's Electronic Order entered and dated October 20, 2026, it is hereby **ORDERED** that the above-entitled action be and hereby is dismissed.

October 20, 2026

/s/ Steve K. York
---------------------------
**Deputy Clerk**